<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

LISA STEINAGEL,             )
                             )      Civil Action
           Plaintiff   )      No. 12-cv-05645
                             )
      vs.               )
                             )
VALLEY ORAL SURGERY,     )
                             )
          Defendant   )

## **<u>O R D E R</u>**

NOW, this 30th day of September, 2013, upon

consideration of the following documents:

       (1)  Defendant's Motion to Dismiss and/or Strike
            Plaintiff's Amended Complaint, which motion
            was filed on November 28, 2012; together
            with

          (A)  Defendant's Brief in Support of Motion
               to Dismiss and/or Strike Plaintiff's
               Amended Complaint;

       (2)  Plaintiff's Brief in Opposition to Motion to
            Dismiss and/or Strike Plaintiff's Amended
            Complaint, which brief was filed on
            December 13, 2012; together with

          (A)  Declaration of Lisa Steinagel dated
               December 13, 2012;

       (3)  Defendant's Motion to Strike [Plaintiff's
            Declaration] filed on January 9, 2013;
            together with

          (A)  Defendant's Brief in Support of Motion
               to Strike;

       (4)  Plaintiff's Memorandum of Law in Opposition
            to Defendant's Motion to Strike Plaintiff's

Affidavit, which memorandum was filed on
January 25, 2013; and

(5) Amended Complaint filed on November 23,
2012;

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Defendant's Motion to Strike is
granted.

IT IS FURTHER ORDERED that the Declaration of Lisa
Steinagel dated December 13, 2012 is stricken from Plaintiff's
Brief in Opposition to Motion to Dismiss and/or Strike
Plaintiff's Amended Complaint.

IT IS FURTHER ORDERED that Defendant's Motion to
Dismiss and/or Strike Plaintiff's Amended Complaint is granted
in part and denied in part.

IT IS FURTHER ORDERED that the Motion to Dismiss/
Strike is granted to the extent that it seeks to strike
paragraphs 8-13 and part of paragraph 31 from the Amended
Complaint.

IT IS FURTHER ORDERED that paragraphs 8-13 and the
second sentence in paragraph 31 are stricken from the Amended
Complaint.

IT IS FURTHER ORDERED that the Motion to Dismiss/
Strike is denied to the extent that it seeks to dismiss

plaintiff's age discrimination claims from Count I and Count II of the Amended Complaint.

IT IS FURTHER ORDERED that defendant shall have until October 21, 2013 to file and serve an answer to plaintiff's Amended Complaint.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge